# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ENRIQUE ORNELAS,<br><br>              Plaintiff,<br><br>      v.<br><br>WELLS FARGO BANK, N.A., and others,<br><br>              Defendants. | Case No. 13-cv-02127 NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

Plaintiff Enrique Ornelas brings this action for wrongful foreclosure against defendants Wells Fargo Bank, N.A., and NDeX West, LLC. On May 16, 2013, defendants filed a motion to dismiss Ornelas' claims, or in the alternative, for a more definite statement. Ornelas has not responded. Civil Local Rule 7-3(a) requires parties to file and serve an opposition within fourteen days after a motion is filed. In the alternative, a party who does not oppose the motion must file a statement of nonopposition with the court within fourteen days. Civ. L. Rule 7-3(b). "Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995). Accordingly, Ornelas has fourteen days from the date of this order to oppose defendants' motion to dismiss and to show cause why this action should not be dismissed. Failure to respond will result in dismissal.

IT IS SO ORDERED.

Date: June 14, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-02127 NC
ORDER TO SHOW CAUSE