1
2
3
4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENRIQUE ORNELAS,

    Plaintiffs,

  v.

WELLS FARGO HOME MORTGAGE, et al.,

    Defendants.

Case No.  13-cv-02127-WHO   (WHO)

**ORDER OF RECUSAL**

TO ALL PARTIES AND COUNSEL OF RECORD:

I recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: July 16, 2013



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE ORNELAS,<br><br>    Plaintiff,<br><br>  v.<br><br>WELLS FARGO HOME MORTGAGE et al,<br><br>    Defendant. | Case Number: CV13-02127 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Adam Frederick Summerfield
Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101-2459

Enrique Ornelas
2412 Robles Drive
Antioch, CA 94509

Dated: July 16, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk