IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ENRIQUE ORNELAS,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A., and others,

    Defendant.
                                          /

No. C 13-02127 WHA

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

The Court is in receipt of the report and recommendation to grant defendant Wells Fargo's motion to dismiss in this matter for failure to prosecute by Magistrate Judge Nathanael Cousins (Dkt. No. 10). Plaintiff has failed to file an opposition to defendant Wells Fargo's motion to dismiss and respond to the magistrate judge's order to show cause why the case should not be dismissed. Plaintiff has also failed to file a timely objection to the magistrate judge's report recommending this case be dismissed without prejudice for failure to prosecute. Having reviewed the magistrate judge's report, this order **ACCEPTS** and **ADOPTS** the findings therein. For the reasons stated in the report and recommendation, the motion to dismiss is **GRANTED**.

**IT IS SO ORDERED.**

Dated: July 29, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE